IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEROME SCOTT,

      Petitioner,

v.                                     4:15cv475–WS/EMT

JULIE JONES,

      Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 15) docketed October 20, 2016. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as time-barred. The petitioner has filed no objections to the magistrate judge's report and recommendation.

      Upon review of the record, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 15) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED with prejudice as time-barred.

3. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED with prejudice."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this ___2nd___ day of ____December____, 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE5.